# JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA NIEBLAS AND MANUEL NIEBLAS, Individually and as Successors in Interest and NELLY NIEBLAS,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. CV10-8087 SJO (SSx)<br>**ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE**<br><br>Hon. S. James Otero |

    The Stipulation for Compromise Settlement and Release filed by the Plaintiffs and United States of America is accepted by the Court. The parties will file a stipulation to dismiss and proposed order to dismiss upon payment of the settlement funds.

DATED: 10/12/11

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE